IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYI DEJESUS NETTLES, JR.,
    Plaintiff,

vs.                              Case No.: 3:08cv491/RV/EMT

G. HARRY STOPP, JR., P.A.
and MICHELLE S. JANSON, State Attorney,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 5, 2008 (Doc. 6).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This action is **DISMISSED** for failure to state a claim and for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B).

    **DONE AND ORDERED** this 6th day of January, 2009.

                                                     /s/ _Roger Vinson_
                                                     **ROGER VINSON**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**